UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| ADVANTAGE INDUSTRIAL SYSTEMS, LLC, | ) ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:17CV-00109-JHM |
| | ) |
| ALERIS ROLLED PRODUCTS, INC., commonly known as ALERIS ROLLED PRODUCTS MANUFACTURING, INC., which merged with COMMONWEALTH ALUMINUM LEWISPORT, LLC, | ) ) ) ) ) |
| Defendant. | |

### ORDER GRANTING VERIFIED MOTION FOR MICHAEL S. VITALE'S ADMISSION *PRO HAC VICE*

Defendant, Aleris Rolled Products, Inc. d/b/a Aleris Rolled Products Manufacturing, Inc., has moved this Court for Michael S. Vitale's admission *pro hac vice*. Having reviewed the Motion, and being otherwise sufficiently advised, it is hereby ORDERED that the Motion is GRANTED.

ENTERED this _____ day of _____ 2017.

_____
HON. JOSEPH H. MCKINLEY JR.
UNITED STATES CHIEF DISTRICT JUDGE

OR

HON. H. BRENT BRENNENSTUHL
UNITED STATES MAGISTRATE JUDGE

Copies to:    Counsel of Record

Tendered by:

**SHEFFER LAW FIRM, PLLC**


 /s/ John A. Sheffer
John A. Sheffer
101 S. 5th St., Ste. 1450
Louisville, KY 40202
And
402 Frederica St., Ste. D-104
Owensboro, KY 42301
Telephone: 502-582-1600
Facsimile: 502-582-1193
Email: jsheffer@kylaw.com
*Counsel for Defendant*

*Of Counsel:*

 /s/ Brian C. Blair by permission John A. Sheffer
Brian C. Blair
Florida Bar No. 0973084

 /s/ Michael S. Vitale by permission John A. Sheffer
Michael S. Vitale
Florida Bar No. 17136

**BAKER & HOSTETLER LLP**
2300 SunTrust Center
200 South Orange Avenue
Post Office Box 112
Orlando, Florida 32802-0112
Telephone:  407-649-4083
Telecopier:  407-841-0168
Email:  bblair@bakerlaw.com
lmachin@bakerlaw.com
mvitale@bakerlaw.com
mrios@bakerlaw.com
Orlbakerdocket@bakerlaw.com
*Counsel for Defendant*