USDC KYWD - Notice Of Deficiency (Rev. 1/09)

# United States District Court
# Western District of Kentucky
# at Owensboro

### *NOTICE OF DEFICIENCY*

| | |
|---|---|
| **TO:** | Attorney B.J. Early |
| **CASE #:** | 4:17-cv-109-JHM |
| **STYLE OF CASE:** | Advantage Industrial Systems, LLC v. Aleris Rolled Products, Inc. et al |
| **DOCUMENT TITLE:** | [25] and [26] Motions for Pro Hac Vice |
| **DATE:** | 11/3/2017 |
| **BY:** | Jason Mayfield<br>*DEPUTY CLERK* |

*Please be advised that the recent filing of the above cited document with the Clerk's Office is deficient as indicated below:*

**NO ORDER. Proposed order not submitted with Motion/Response.** *(LR 7.1(e))*

and

**A certificate of Good Standing has not submitted for each attorney seeking Pro Hac Vice admittance. (See LR 83.2)**

**YOU ARE GRANTED 7 DAYS FROM THIS DATE TO REMEDY THE DEFICIENCY OR DEFICIENCIES IDENTIFIED ABOVE.   FAILURE TO COMPLY WITHIN 7 DAYS, WITHOUT GOOD CAUSE SHOWN, WILL RESULT IN THIS MATTER BEING BROUGHT TO THE ATTENTION OF THE COURT**